**No. 49053.**—Protest 101401–K of Wm. Shaland (New York).

Opinion by LAWRENCE, J.  The record established that wood is the component material of chief value in the articles.  The claim under paragraph 412 was therefore sustained.